**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-00255-003-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Diego Nunez-Aispuro, | |
| Defendant. | |

Defendant Diego Nunez-Aispuro was sentenced on May 23, 2025. (Doc. 109.) He now seeks a sentencing reduction based on guidelines amendments that became effective on November 1, 2023, and were made retroactive to individuals incarcerated on February 1, 2024. *See* U.S.S.G. § 1B1.10, cmt. n. 7. Nunez-Aispuro seeks "a review of [his] case to determine [his] eligibility" and appointment of counsel to prepare a motion on his behalf if eligible. (Doc. 137 at 1.)

The court must ordinarily "use the Guidelines Manual in effect on the date that the defendant is sentenced." U.S.S.G. § 1B1.11(a). Because Nunez-Aispuro was sentenced in May 2025, that meant the 2024 guidelines manual applied. The presentence report shows the 2024 guidelines manual was used. (PSR ¶ 30.) Nunez-Aispuro has therefore already received the benefit of all 2023 guidelines amendments for which he was eligible. In short, Nunez-Aispuro is not eligible for further reductions under Amendment 821 because he has already received all of them that applied in his case.

Accordingly,

**IT IS ORDERED** denying Nunez-Aispuro's motion (Doc. 137).

Dated this 9th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge